JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Autonomous Inc., | Case No. EDCV 25-1585-KK-KSx |
| Plaintiff, | |
| v. | JUDGMENT |
| Fellowship Warehousing and Logistics LLC; Lakewood Candies LLC; and Does 1-50, | |
| Defendant. | |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that judgment is entered in favor of plaintiff Autonomous Inc. ("Plaintiff") against defendant Fellowship Warehousing and Logistics and defendant Lakewood Candies LLC (together, "Defendants") as follows:

Pursuant to this Judgment, Defendants are **ORDERED** to pay Plaintiff damages in the amount of $2,066,198.43 from the date of entry of judgment in this action.  (JS-6)

Dated: April 21, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge